LAW OFFICES OF CHRISTIAN J. GARRIS
CHRISTIAN J. GARRIS  SBN 175808
633 West Fifth Street, 28th Floor
Los Angeles, California 90071
Telephone: (213) 624-2900
Facsimile: (213) 624-2901
Email: cjg@christiangarris.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARASH AFTABI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY and DOES 1-10, inclusive,<br><br>Defendants. | Case No. SA CV19-02066-GW(ADSx)<br><br>**ORDER  GRANTING PROTECTIVE ORDER RE CONFIDENTIALITY OF DOCUMENTS** |

Having reviewed and considered the Parties' Stipulation for Protective Order Re Confidentiality of Documents, and good cause appearing for the same, the Court hereby GRANTS the Stipulation.

IT IS SO ORDERED.


DATED:   August 31, 2020       By:    /s/ Autumn D. Spaeth

                              Hon. Autumn D. Spaeth

                              United States Magistrate Judge