**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARASH AFTABI, | Case No. SACV 19-2066-GW-ADSx |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to the stipulation of the Parties, and for good cause shown, it is hereby ORDERED that the above-captioned action is hereby dismissed with prejudice, and that each party will bear its own fees and costs.

IT IS SO ORDERED:

Dated: December 15, 2020

_____
Hon. George H. Wu
United States District Judge

1
**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**